PROB 12A
(7/93)

Report Date: August 2, 2006

# United States District Court

## for the

### Eastern District of Washington

**Report on Offender Under Supervision**
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 08 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Manuel Chavez                    Case Number: 2:99CR06004-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 5/17/2000               Type of Supervision: Supervised Release

Original Offense: Conspiracy, 21 U.S.C. § 846;     Date Supervision Commenced: 4/13/2006
Distribution of a Controlled Substance, 21 U.S.C. §
841(a)(1); Possession with intent to Distribute a
Controlled Substance, 21 U.S.C. § 841(a)(1);
Carrying a Firearm in Relation to a Drug Trafficking
Crime, 18 U.S.C. § 924(c)(1)

Original Sentence: Prison - 84 Months; TSR - 60    Date Supervision Expires: 4/12/2011
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Manuel Chavez is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substances, cocaine on May 8, 22 and methamphetamine on May 31, 2006.

The defendant reported for scheduled drug testing on the above noted dates. After each sample was provided the defendant admitted to using the controlled substance. Each sample was confirmed positive through Scientific Testing Laboratories.

**U.S. Probation Officer Action**:

The defendant was entered into outpatient drug treatment with Pioneer Human Services in Pasco. The defendant has remained in compliance with the drug treatment program. The defendant has also reported for additional drug testings with all returning negative for the use of controlled substances. It would be respectfully recommended no action be taken on this matter other than to modify the defendants conditions to include up to six testings per month.

Prob12A
Re:  Chavez, Manuel
August 2, 2006
Page 2

                                          Respectfully submitted,

                         by  _____
                                     David L. McCary
                                     U.S. Probation Officer
                                     Date:  August 2, 2006

---

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

Aug. 8, 2006
Date