PROB 12B
(7/93)

Report Date: June 22, 2006

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Manuel Chavez

Case Number: 2:99CR06004-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 5/17/2000

Type of Supervision: Supervised Release

Original Offense: Ct.1: Conspiracy, 21 U.S.C. § 846; Ct. 2: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1); Ct. 3; Possession with intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1);Ct. 4: Carrying a Firearm in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924©)(1)

Date Supervision Commenced: 4/13/2006

Original Sentence: Prison - 84 Months; TSR - 60 Months

Date Supervision Expires: 4/12/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The defendant reported for drug testing on May 8, 22, and 31, 2006. The results returned positive for the presence of cocaine and methamphetamine. The defendant admitted to using the controlled substances on each occasion. The defendant is currently participating in drug treatment with PHS in Pasco.

Respectfully submitted,

by *[signature]*

David L. McCary
U.S. Probation Officer
Date:

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Aug. 11, 2006
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
David L. McCary                              Manuel Chavez
U.S. Probation Officer                        Probationer or Supervised Releasee

8-2-06
Date