PROB 12B
(7/93)

Report Date: September 4, 2008

## United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 1 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Manuel Chavez                           Case Number: 2:99CR06004-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley

Date of Original Sentence:  5/17/2000                      Type of Supervision:  Supervised Release

Original Offense: Conspiracy, 21 U.S.C. § 846;             Date Supervision Commenced:  4/13/2006
Distribution of a Controlled Substance, 21 U.S.C. §
841(a)(1); Possession with intent to Distribute a
Controlled Substance, 21 U.S.C. § 841(a)(1);
Carrying a Firearm in Relation to a Drug Trafficking
Crime, 18 U.S.C. § 924(c)(1)

Original Sentence:  Prison - 84 Months; TSR - 60           Date Supervision Expires:  4/12/2011
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall complete a mental health evaluation and follow any treatment recommendations, including taking
        prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of
        information between the supervising probation officer and treatment provider. You shall contribute to the
        cost of treatment according to your ability.

## CAUSE

Manuel Chavez submitted to a random drug test on July 28, 2008, which was confirmed as positive for
methamphetamine by Kroll Laboratory Specialists on August 2, 2008.  Prior to submitting to the drug test, Mr.
Chavez admitted he had relapsed and signed a drug admission form. He stated he relapsed due to family issues he
was having.  The defendant had previously completed inpatient drug treatment and aftercare counseling in August
2007. He was going to be referred to reenter substance abuse counseling for his relapse; however, Mr. Chavez asked
if he could enter mental health counseling instead. He stated that he has the tools from previously being in substance
abuse treatment to know what he needs to do to abstain from using illegal substances. He explained that he feels he
needs mental health counseling because he has a hard time dealing with stress and anger issues. The defendant
indicated this is the primary reason he relapsed. The defendant currently has a strong desire to seek mental health
treatment, and it is an encouraging sign to see he is requesting the assistance. The defendant was placed on increased
random drug testing and will be referred to complete a mental health evaluation and follow through with treatment.

Prob 12B

**Re:  Chavez, Manuel**
**September 4, 2008**
**Page 2**

At this time, to address this violation,  this officer respectfully recommends the defendant's supervision conditions be modified to include mental health counseling.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *September 4, 2008*

*SanJuanita B. Coronado*

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ✓ ]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

*Sept. 11, 2008*

Date